IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANET TAPIA,

    Plaintiff,

v.

SAN FRANCISCO PUBLIC LIBRARY (public entity), SAN FRANCISCO SPECIAL POLICE (entity), TWO JOHN DOES SAN FRANCISCO SPECIAL POLICE SECURITY GUARDS (individual), SAN FRANCISCO PUBLIC LIBRARY EMPLOYEE JOHN DOE (individual), and DOES 1–100,

    Defendants.

No. C 18-05492 WHA

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on **THURSDAY, DECEMBER 20, 2018, AT 11:00 A.M.**, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

Plaintiff is hereby **ORDERED TO APPEAR** on **THURSDAY, JANUARY 10, 2019, AT 11:00 A.M.** in Courtroom No. 12 of the federal courthouse at 450 Golden Gate Avenue in San Francisco, **AND SHOW CAUSE** why her claims should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to appear on that date and time, this case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 21, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE